IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERRENCE LEDELLE KIMBLE, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> BRIAN BELLEQUE, ) <br> ) <br> Respondent. ) <br> ) | Civil Case No. 07-531-HU <br><br> ORDER |

Bryan E. Lessley
Assistant Federal Public Defender
151 W. 7th Avenue, Suite 510
Eugene, Oregon  97401

    Attorney for Petitioner

John R. Kroger
Attorney General
Lester R. Huntsinger
Senior Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon  97301-4096

    Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable Dennis J. Hubel , United States Magistrate Judge, filed Findings and Recommendation on February 24, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#32).

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (#2) is denied.

DATED this    17th    day of March, 2009.

      /s/ Garr M. King
      GARR M. KING
      United States District Judge

Page 2 - ORDER